ERIC A. GROVER, ESQ. (CSB# 136080)
JADE BUTMAN, ESQ. (CSB# 235920)
ELIZABETH A. ACEVEDO, ESQ. (CSB# 227347)
Keller Grover LLP
425 Second Street, Suite 500
San Francisco, California 94107
Tel. (415) 543-1305
Fax (415) 543-7681
eagrover@kellergrover.com

*Counsel for Plaintiff Zachary Hile*

RICHARD C. VASQUEZ /CA SB # 127228
ERIC W. BENISEK /CA SB # 209520
STEPHEN C. STEINBERG /CA SB # 230656
Morgan Miller Blair, a Law Corporation
1331 N. California Blvd., Suite 200
Walnut Creek, CA  94596-4544
Telephone:     (925) 937-3600
Facsimile:     (925) 943-1106
rvasquez@mmblaw.com
ebenisek@mmblaw.com
ssteinberg@mmblaw.com

*Counsel for Defendant Max Rave, LLC.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY HILE, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MAX RAVE, LLC and G+G RETAIL, INC.,<br><br>    Defendants. | Case No.:  C 07-00738 JSW<br>Complaint Filed: February 5, 2007<br><br>**STIPULATION AND [PROPOSED] ORDER RE VOLUNTARY ASSIGNMENT TO MAGISTRATE JUDGE**<br><br>Judge:    Hon. Jeffrey S. White |

WHEREAS, Plaintiff Zachary Hile on the one hand, and Defendant Max Rave, LLC on the other hand (collectively, the "Parties"), were ordered by the Court on May 25, 2007 to consider voluntarily stipulating to the assignment of this matter to a Northern District Magistrate Judge for all purposes.

WHEREAS, the Parties are still considering in earnest the possibility of such assignment, but have yet to fully research the matter, and meet and confer to determine if they can agree on a particular Magistrate Judge, or pool of Magistrate Judges.

WHEREAS, the Parties would like an additional week, until Friday, June 8, 2007, to consider the assignment of this matter to a Northern District Magistrate Judge.

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

1. The Parties will continue to consider case assignment to a Northern District Magistrate Judge.

2. The Parties will report back to the Court by June 8, 2007, whether they agree on assignment of this matter to a Northern District Magistrate Judge.

SO STIPULATED.

Dated: June 1, 2007            KELLER GROVER LLP

/s/ ERIC A. GROVER

_____
ERIC A. GROVER
*Counsel for Plaintiff Zachary Hile*

Dated: June 1, 2007            MORGAN MILLER BLAIR, A LAW CORPORATION

/s/ ERIC W. BENISEK

_____
ERIC W. BENISEK
*Counsel for Defendant Max Rave, LLC*

## [PROPOSED] ORDER

NOW, THEREFORE, upon the consent of the Parties hereto, it is hereby ORDERED that the Parties will report to the Court by Friday, June 8, 2007 whether they agree to assignment of this matter to a Northern District Magistrate Judge.

**IT IS SO ORDERED.**

Dated: June 5, 2007

*/s/ Jeffrey S. White*
_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE