ERIC A. GROVER, ESQ. (CSB# 136080)
JADE BUTMAN, ESQ. (CSB# 235920)
ELIZABETH A. ACEVEDO, ESQ. (CSB# 227347)
Keller Grover LLP
425 Second Street, Suite 500
San Francisco, California 94107
Tel. (415) 543-1305
Fax (415) 543-7681
eagrover@kellergrover.com

*Counsel for Plaintiff Zachary Hile*

SCOTT J. FERRELL /CA SB # 202091
SCOTT D. WILSON /CA SB # 223367
RAFIK MATTAR /CA SB # 231292
Call, Jensen & Ferrell, a Professional Corporation
610 Newport Center Dr., Suite 700
Newport Beach, CA  92660
Telephone:     (949) 717-3000
Facsimile:     (949) 717-3100
sferrell@calljensen.com
swilson@calljensen.com
rmattar@calljensen.com

ERIC W. BENISEK /CA SB # 209520
STEPHEN C. STEINBERG /CA SB # 230656
Morgan Miller Blair, a Law Corporation
1331 N. California Blvd., Suite 200
Walnut Creek, CA  94596-4544
Telephone:     (925) 937-3600
Facsimile:     (925) 943-1106
ebenisek@mmblaw.com
ssteinberg@mmblaw.com

*Counsel for Defendant Max Rave, LLC.*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY HILE, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MAX RAVE, LLC and G+G RETAIL, INC.,<br><br>    Defendants. | Case No.:  C 07-00738 JSW<br>Complaint Filed: February 5, 2007<br><br>**STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF ADR DEADLINE TO DECEMBER 15, 2007**<br><br>Judge:    Hon. Jeffrey S. White |

WHEREAS, Plaintiff Zachary Hile on the one hand, and Defendant Max Rave, LLC ("Max Rave") on the other hand (collectively, the "Parties"), were ordered by the Court to complete mandatory alternative dispute resolution ("ADR") within 90 days of the date of the order referring this matter to ADR, which was May 24, 2007.

WHEREAS, the Parties agreed to participate in mediation and on June 6, 2007, the Court appointed Jessica M. Notini as the mediator.

WHEREAS, after consideration of the various schedules for the Parties and mediator, and the need for initial baseline discovery, the Parties and mediator agreed that the earliest mutually convenient date to conduct mediation would be September 7, 2007, and thereafter scheduled the mediation for September 7, 2007.

WHEREAS, in the interim, at least three other lawsuits under the Fair and Accurate Credit Transaction Act ("FACTA") have been brought in jurisdictions outside California against defendant Max Rave, and Max Rave's parent company, BCBG Max Azria Group, Inc. ("BCBG"), based on similar allegations of printing credit card receipts that allegedly violate FACTA requirements.

WHEREAS, given the existence of these other suits, the Parties agree to postpone the mediation until no later than December 15, 2007 to allow the Parties, and likely out-of-state counsel, to meet and confer on various strategies to streamline the litigations such as relating, transferring, or consolidating some or all of the matters, and if necessary, engage in motion practice to achieve such.

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

1. The Parties will conduct their Court ordered mediation on, or before, December 15, 2007.

SO STIPULATED.

MORGAN
MILLER
BLAIR,
A
LAW
CORPORATION

STIPULATION AND [PROPOSED] ORDER    CASE NO. C 07-00738 JSW
MMB:10604-001:816952.1

2

| | |
|---|---|
| Dated: September 5, 2007 | KELLER GROVER LLP |
| | /s/ ERIC A. GROVER |
| | _____ |
| | ERIC A. GROVER<br>*Counsel for Plaintiff Zachary Hile* |
| Dated: September 5, 2007 | MORGAN MILLER BLAIR, A LAW CORPORATION |
| | /s/ ERIC W. BENISEK |
| | _____ |
| | ERIC W. BENISEK<br>*Counsel for Defendant Max Rave, LLC* |

### [PROPOSED] ORDER

NOW, THEREFORE, upon the consent of the Parties hereto, it is hereby ORDERED that the Parties are relieved from the previous ADR deadline of September 7, 2007, and shall conduct their Court ordered mediation on, or before, December 15, 2007.

**IT IS SO ORDERED**.

Dated: September 10, 2007

*[signature: Jeffrey S. White]*
_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE