IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZACHARY HILE,

    Plaintiff,

    v.

MAX RAVE, LLC, et al.,

    Defendants.

No. C 07-00738 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on December 14, 2007 on the motion to stay filed by plaintiff Zachary Hile ("Hile"). The Court HEREBY ORDERS that Defendants' opposition to this motion shall be due by Tuesday, November 20, 2007 and Hile's reply, if any, shall be due by Tuesday, November 27, 2007.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: November 6, 2007

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE