IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZACHARY HILE,

    Plaintiff,

v.

MAX RAVE, LLC, et al.,

    Defendants.

No. C 07-00738 JSW

**ORDER GRANTING PLAINTIFF'S MOTION TO STAY**

Now before the Court is plaintiff Zachary Hile's ("Hile") motion to stay this action pending the Ninth Circuit's resolution of the appeal in *Soualian v. International Coffee and Tea LLC*, U.S. Dist. LEXIS 44208 (C.D. Cal. June 11, 2007). Defendant Max Rave, LLC filed a statement of non-opposition. The Court finds that this matter is appropriate for disposition without oral argument and it is hereby deemed submitted. *See* Civ. L.R. 7-1(b). Accordingly, the hearing set for December 14, 2007 is HEREBY VACATED. Having carefully reviewed the parties' papers and considered their arguments and the relevant legal authority, and good cause appearing, the Court hereby GRANTS Hile's motion and STAYS this action. Hile is ORDERED to advise this Court when the Ninth Circuit issues its ruling in *Soualian*.

**IT IS SO ORDERED.**

Dated: December 7, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE