| | |
|---|---|
| 1 | SCOTT J. FERRELL, Bar No. 202091 |
| 2 | SCOT D. WILSON, Bar No. 223367<br>CALL, JENSEN & FERRELL |
| 3 | A Professional Corporation<br>610 Newport Center Drive, Suite 700 |
| 4 | Newport Beach, CA 92660<br>Tel: (949) 717-3000 |
| 5 | Fax: (949) 717-3100 |
| 6 | sferrell@calljensen.com<br>swilson@calljensen.com |
| 7 | |
| 8 | Attorneys for Defendant<br>Max Rave, LLC |
| 9 | ERIC A. GROVER, Bar No. 136080 |
| 10 | DENISE L. DIAZ, Bar No. 159516<br>KELLER GROVER LLP |
| 11 | 425 Second Street, Suite 500<br>San Francisco, CA 94107 |
| 12 | Tel: (415) 543-1305 |
| 13 | Fax: (415) 543-7861<br>eagrover@kellergrover.com |
| 14 | ddiaz@kellergrover.com |
| 15 | Attorneys for Plaintiff |
| 16 | Zachary Hile |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY HILE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MAX RAVE, LLC and G+G RETAIL, INC.,<br><br>Defendants. | Case No. 07-CV-00738 (JSW)<br><br>**STIPULATION OF DISMISSAL AND [*PROPOSED*] ORDER**<br><br><br><br>Complaint Filed: February 5, 2007<br>Trial Date: None Set |

///

///

BCB01-09:406431_1:9-8-08

- 1 -

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

CALL, JENSEN & FERRELL
A PROFESSIONAL CORPORATION

# STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Zachary Hile ("Plaintiff") and Defendant Max Rave, LLC ("Defendant") hereby stipulate and agree to the dismissal of Plaintiff's individual claims against Defendant in this action *with prejudice*,[1] and with each party bearing its own costs and fees. Plaintiff's putative class claims against Defendant are dismissed without prejudice to the rights of any of the members of the putative class, and with each party bearing its own costs and fees.

Dated: September 8, 2008

CALL, JENSEN & FERRELL
A Professional Corporation

By: s/SCOT D. WILSON
SCOT D. WILSON
Attorneys for Defendant Max Rave, LLC
E-mail: swilson@calljensen.com

Dated: September 8, 2008

KELLER GROVER LLP
THIERMAN LAW FIRM
LAW OFFICES OF SCOTT A. MILLER, APC
STEVEN L. MILLER, A PROF. LAW CORP.

By: s/ERIC A. GROVER
ERIC A. GROVER
Attorneys for Plaintiff
E-mail: eagrover@kellergrover.com

---

[1] The claims against Defendant G+G Retail, Inc. were voluntarily dismissed by Plaintiff on May 24, 2007. (*See* Document 13-1).

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff Zachary Hile's ("Plaintiff") individual claims against Defendant Max Rave, LLC ("Defendant") be dismissed with prejudice, and with each party bearing its own costs and fees. Plaintiff's putative class claims against Defendant are dismissed without prejudice to the rights of any of the members of the putative class and each party shall bear its own costs and fees. Thus, this action is dismissed.

Dated: September 8, 2009

*[signature: Jeffrey S. White]*

HON. JEFFREY S. WHITE
U.S. DISTRICT COURT JUDGE